Núm. 8250.—ROSADO, ET ALS., apldos. *v.* MUNICIPIO DE JUNCOS, aplte.—C. D. Humacao. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮ Febrero 12, 1942.

POR CUANTO, con fecha 16 de enero de 1942 dictamos sentencia en este caso revocando la apelada que dictó la Corte de Distrito de Humacao, con imposición de costas a los demandantes, sin incluir honorarios de abogado;

POR CUANTO, en nuestra referida sentencia inadvertidamente omitimos expresar que se declaraba sin lugar la demanda.

POR TANTO, se enmienda nuestra sentencia de 16 de enero de 1942, *nunc pro tunc* a la fecha en que se dictó, en la siguiente forma:

"For los fundamentos consignados en la opinión que antecede, se revoca la sentencia apelada que dictó la Corte de Distrito de Humacao en 27 de noviembre de 1939, y se declara sin lugar la demanda, con costas a los demandantes, sin incluir honorarios de abogado."

El Juez Asociado Sr. Snyder no intervino.